ELIZABETH CULLEN, Appellant, v. S. KLEIN & Co., Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ELLA HEYMAN, Respondent, against WILLIAM E. WALSH and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [137 Misc. 278.]

HENRY FLIEGLER, Respondent, v. SEDGWICK HOLDING CORPORATION and Others, Defendants. BAGDAD TRADERS, INC., Appellant, v. JOSEPH SHANSKE and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [137 Misc. 5.]

In the Matter of the Application of BETTY GRADY, Appellant, to Compel the Substitution of WILLIAM A. WIGHT in the Place and Stead of HAROLD S. BUDNER, Respondent, as Attorney for Plaintiff in the Action of BETTY GRADY, Plaintiff, v. NEW YORK AND HARLEM RAILROAD COMPANY, Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY SCHINDLER and Another, Respondents, v. DAVID B. PORTER, Defendant, Impleaded with FUR BUYERS' SERVICE, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADELE HART, Respondent, v. LOUIS HART, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MINNIE ALBOUM, Respondent, v. SAMUEL SNOW, Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VICTOR E. BERGSTROM, Respondent, v. ELLIS O. FRIEDMAN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CORA ANHALT FERGUSON, Respondent, v. MAURICE WERTHEIM and Another, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to a motion for a bill of particulars. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CATHERINE McCORMACK, Respondent, v. WILLIAM WILLOCK, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.